IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. MISC 07-129 LKK KJM

    vs.

SCOTT MICHAEL VOGELSANG,

    Defendant.                   <u>ORDER</u>

_____/

       Defendant's claims for exemption from garnishment came on regularly for hearing May 14, 2008. Bobbie Montoya appeared for plaintiff. Scott Vogelsang appeared in propria persona. Upon review of the documents in support and opposition, upon hearing the arguments of counsel and defendant, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

       Within ten days from the date of this order, plaintiff shall submit a proposed garnishee order denying the claims for exemption.

DATED: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

006
usa-vogelsang.oah

1