IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT MICHAEL VOGELSANG,<br><br>  Defendant.<br>_____<br><br>CALIFORNIA DEPARTMENT OF HEALTH SERVICES,<br><br>  Garnishee.<br>_____ | 2:07MC00129-LKK-KJM<br><br><br><br>ORDER |

    A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor SCOTT MICHAEL VOGELSANG ("Judgment Debtor").  The balance currently owing by the Judgment Debtor is $170,552.84 as of April 7, 2008.

    On December 5, 2007, the Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee had custody or possession of properties (non-earnings), in which the "Judgement Debtor" maintains an interest in the amount of $41,807.95.

    The Judgment Debtor was served by the Garnishee with the Answer of Garnishee as set forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor filed claims of exemption to the garnishment and

1 | requested a hearing as set forth in 28 U.S.C. § 3205(c)(5).

2 |     On May 14, 2008, this Court held a garnishment hearing on this matter in response to the
3 | Judgment Debtor's request.  Bobbie J. Montoya, Assistant U.S. Attorney, appeared on behalf of
4 | Plaintiff United States of America; Scott Michael Vogelsang, the Judgment Debtor, appeared on his
5 | own behalf.

6 |     After hearing oral argument from the parties and reviewing the papers on file herein, the
7 | Court finds that the exemptions claimed by the Judgment Debtor do not apply to protect his interest
8 | in the withheld money from this garnishment proceeding.

9 |     ACCORDINGLY, IT IS ORDERED that the Garnishee California Department of Health
10 | Services shall turn over the amount of $41,807.95, payable to the Clerk of the Court (reference
11 | Docket No. CR S 02-151-MCE on the face of the check), and forward it to:

        U.S. District Court Clerk
        501 "I" Street, Room 4-200
        Sacramento, California 95814

14 |     IT IS FURTHER ORDERED that upon receipt of payment, the Writ of Garnishment is
15 | hereby terminated.

16 |     IT IS SO ORDERED.

18 | DATED:  May 30, 2008.

_____
U.S. MAGISTRATE JUDGE