UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SCOTT MICHAEL VOGELSANG,

        Defendant.
_____/

NO. MISC.  S-07-129 LKK/KJM

O R D E R

The above-captioned case is an action for post-judgment enforcement to collect a criminal judgment. The court is in receipt of the plaintiffs' notice that this case is related to <u>Vogelsang v. Zine, et al.</u>, No. 2:09-cv-2885-JAM-KJM. Plaintiff asserts that 9-2885 is also related to five other cases proceeding before other judges of this court, as well as two state court cases.

After review of the cases, the court concludes that the above captioned case, 2:07-mc-00129-LKK-KJM, is not related to 2:09-cv-2885-JAM-KJM within the meaning of Local Rule 83-123(a), and the

1

1  court therefore DECLINES to relate the two.  The court does not
2  determine whether any of the other cases should be related.
3       IT IS SO ORDERED.
4       DATED:  November 10, 2009.

```
                         /s/ Lawrence K. Karlton
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```